THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GOLD LINE, INC. d/b/a GOLD LINE  :
TRAILWAYS                        :
        Plaintiff,              :
  v.                           :  3:20-CV-02015
                                :  (JUDGE MARIANI)
OURBUS, INC.                     :
                                :
        Defendant.              :

## ORDER

**AND NOW, THIS 31st DAY OF OCTOBER 2022,** upon consideration of Defendant's "Motion of Defendant Ourbus, Inc. to Dismiss the Plaintiff's Amended Complaint for Insufficient Service, Lack of Personal Jurisdiction and Improper Venue, or in the Alternative, a Motion to Transfer the Case to the Southern District of New York," (Doc. 17), and all documents relevant to such motion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss the Amended Complaint for Insufficient Service, pursuant to Federal Rule of Civil Procedure 12(b)(5), is **DENIED.**

2. Defendant's Motion to Dismiss the Amended Complaint for Lack of Personal Jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(2), is **DENIED.**

3. Defendant's Motion to Dismiss the Amended Complaint for Improper Venue, pursuant to Federal Rule of Civil Procedure 12(b)(3), is **DENIED.**

4. Defendant's Motion to Transfer Venue to the Southern District of New York, pursuant to Federal Rule of Civil Procedure 12(b)(3), is **DENIED.**

2

*[signature]*

Robert D. Mariani
United States District Judge